Sheri Thome, Esq.
Nevada Bar No. 08657
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendants*
  *Beasley Broadcasting of Nevada, LLC,*
  *Beasley Media Group, Inc. and*
  *Beasley Broadcasting Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY KNIGHT,<br><br>          Plaintiff,<br><br>     v.<br><br>BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina Corporation; BEASLEY MEDIA GROUP, INC., a Delaware Corporation; BEASLEY BROADCASTING GROUP, INC., a Delaware Corporation; does I THROUGH X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>          Defendants. | CASE NO:<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331, 1332 AND 1441**<br><br>**(FEDERAL QUESTION AND DIVERSITY JURISDICTION**) |

Defendants BEASLEY BROADCASTING OF NEVADA, LLC BEASLEY MEDIA GROUP, INC. AND BEASLEY BROADCASTING GROUP, INC. (hereinafter collectively referred to as "Defendants") by and through their counsel of record, Sheri M. Thome, Esq. and Chad C. Butterfield, Esq. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submit this Notice of Removal, in accordance with 28 U.S.C. §§ 1331, 1332, 1441(a) and 1446.

/ / /

/ / /

In support of this Notice of Removal, Defendants state as follows:

1. On July 22, 2016, Plaintiff Courtney Knight filed a Complaint for damages against Defendants in the Eighth Judicial District Court of Clark County, Nevada, in a case entitled *Courtney Knight v. Beasley Broadcasting of Nevada, LLC, Beasley Media Group, Inc and Beasley Broadcasting Group, Inc.,* Case No. A-16-740522-C, (the "State Court Action"). On October 19, 2016 Plaintiff filed her First Amended Complaint against Defendants.

2. Plaintiff served the Summons and the First Amended Complaint on all three Defendants on October 28, 2016, which was the first time any complaint was served upon Defendants. In accordance with 28 U.S.C. § 1446(b), Defendants' Notice of Removal is being filed within 30 days after initial service of the First Amended Complaint, and all Defendants join in this Removal.

3. In accordance with 28 U.S.C. § 1446(a), this Notice is filed in the District Court of the United States in which the action is pending. Defendants seek to remove this case to the United States District Court for the District of Nevada, which is the District Court embracing the place where the State Court Action has been filed. 28 U.S.C. § 1441(a).

4. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants are attached as Exhibits hereto. A true and correct copy of the Complaint is attached hereto as **Exhibit A**, which was served along with the First Amended Complaint. A true and correct copy of the Summons dated October 25, 2016 is attached hereto as **Exhibit B**. A true and correct copy of the First Amended Complaint is attached hereto as **Exhibit C**. Defendants have been served with no other documents from the State Court Action.

5. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice is being served upon Plaintiff and a copy is being filed with the Clerk of the District Court of Clark County, Nevada, and the Clerk of the United States District Court, District of Nevada.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and it is one which may be removed to this Court because Plaintiff's claims arise under federal law.

1074819v.1

Plaintiff's First Amended Complaint specifically asserts that her claims arise under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e and 29 U.S. § 2615.

7. This Court also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, under which this Court has original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States."

8. Complete diversity exists between Plaintiff and Defendants. The First Amended Complaint alleges that Plaintiff is a resident of Clark County, Nevada. Defendant Beasley Broadcasting of Nevada, LLC, was a North Carolina limited liability company, which has been merged into Defendant Beasley Media Group, Inc., which is a Delaware Corporation with its principal place of business in Naples, Florida. Defendant Beasley Broadcast Group, Inc. (erroneously sued as Beasley Broadcasting Group, Inc.) is a Delaware Corporation with its principal place of business in Naples, Florida.

9. Plaintiff's First Amended Complaint alleges causes of action for discrimination based on gender and pregnancy in violation of state and federal statutes (including Title VII and NRS 613.330 and 613.335); violations of the Family Medical Leave Act; breach of contract; and breach of the covenant of good faith and fair dealing, and further requests punitive damages. Defendants are informed and do believe that Plaintiff's claim exceeds $75,000.00.

10. The sum of the damages alleged by Plaintiff necessarily exceeds $75,000.00, exclusive of interest and costs. Plaintiff's First Amended Complaint seeks back pay damages in an amount equal to the wages, salary and benefits she would have earned from her termination on October 15, 2014 to the present. At the time of her termination, Plaintiff was earning approximately $70,000 per year. Accordingly, Plaintiff's alleged back pay damages are presently in excess of $140,000. Plaintiff's First Amended Complaint seeks punitive damages in an unspecified amount.

/ / /

1074819v.1

11. Finally, venue lies in this Court because Plaintiff's action was filed in the District Court of Clark County, Nevada and is pending in this District. 28 U.S.C. § 1441(a).

DATED this day of 17th day of November, 2016

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY:   */s/ Sheri M. Thome*
       Sheri Thome, Esq.
       Nevada Bar No.  08657
       Chad C. Butterfield, Esq.
       Nevada Bar No. 10532
       300 South Fourth Street, 11th Floor
       Las Vegas, Nevada 89101
       *Attorneys for Defendants*
        *Beasley Broadcasting of Nevada, LLC,*
        *Beasley Media Group, Inc. and*
        *Beasley Broadcasting Group, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 17th day of November, 2016, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331, 1332 AND 1441** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Kathleen J. England
ENGLAND LAW OFFICE
610 South Ninth Street
Las Vegas, NV  89101
Tel:  702-529-2311
*Attorney for Plaintiff*
 *Courtney Knight*

BY     */s/ Richean Martin*
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Page 5 of 5

1074819v.1

**Knight v. Beasley Broadcasting of Nevada, et al**

Notice of Removal of Action to Federal Court
Under 28 U.S.C.§1331 (FEDERAL QUESTION)

Exhibit A.      Complaint

Exhibit B.      Summons

Exhibit C.      First Amended Complaint