```
 1  Sheri Thome, Esq.
    Nevada Bar No. 08657
 2  Chad C. Butterfield, Esq.
    Nevada Bar No. 10532
 3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    300 South Fourth Street, 11th Floor
 4  Las Vegas, NV 89101
    (702) 727-1400; FAX (702) 727-1401
 5  sheri.thome@wilsonelser.com
    chad.butterfield@wilsonelser.com
 6  Attorneys for Defendants
      Beasley Broadcasting of Nevada, LLC,
 7    Beasley Media Group, Inc. and
      Beasley Broadcasting Group, Inc.
 8
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY KNIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina Corporation; BEASLEY MEDIA GROUP, INC., a Delaware Corporation; BEASLEY BROADCASTING GROUP, INC., a Delaware Corporation; does I THROUGH X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO:<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, SHERI M. THOME, ESQ. and CHAD C. BUTTERFIELD, ESQ. from WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, attorneys of record for Defendants BEASLEY BROADCASTING OF NEVADA, LLC BEASLEY MEDIA GROUP, INC AND BEASLEY BROADCASTING GROUP, INC., submit the following Certificate of Interested Parties in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 and certifies that the following may have a direct, pecuniary interest in the outcome of this case:

　　　1.　Beasley Broadcasting of Nevada (nka Beasley Media Group, Inc.);

　　　2.　Beasley Media Group, Inc.;

    3. Beasley Broadcast Group, Inc. (erroneously sued as Beasley Broadcasting Group, Inc.); and

    4. Beasley Mezzanine Holdings, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this day of 17th day of November, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY:   */s/ Sheri M. Thome*
    Sheri Thome, Esq.
    Nevada Bar No. 08657
    Chad C. Butterfield, Esq.
    Nevada Bar No. 10532
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    *Attorneys for Defendants*
    *Beasley Broadcasting of Nevada, LLC,*
    *Beasley Media Group, Inc. and*
    *Beasley Broadcasting Group, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this 17th day of November, 2016, I served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** as follows:

- ☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

- ☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

- ☐ via hand-delivery to the addressees listed below; and/or

- ☐ via facsimile; and/or

- ☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

Kathleen J. England
ENGLAND LAW OFFICE
610 South Ninth Street
Las Vegas, NV  89101
Tel:  702-529-2311
*Attorney for Plaintiff*
  *Courtney Knight*

BY   */s/ Richean Martin*
         An Employee of
         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Page 3 of 3

1074826v.1