Kathleen J. England, Nevada Bar No.206
ENGLAND LAW OFFICE
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: 702.529.2311
E-mail: kengland@englandlawoffice.com
*Attorney for Plaintiff*

Sheri Thome, Nevada Bar No. 08657
Chad Butterfield, Nevada Bar No.10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101-6014
Phone: (702) 727-1400
E-mail: sheri.thome@wilsonelser.com
E-mail: chad.butterfield@wilsonelser.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY KNIGHT,<br>　　　　Plaintiff,<br><br>v.<br><br>BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina Corporation; BEASLEY MEDIA GROUP, INC., a Delaware Corporation; BEASLEY BROADCASTING GROUP, INC., a Delaware Corporation; does I THROUGH X, and ROE BUSINESS ENTITIES I through X, inclusive,<br>　　　　Defendant. | Case No.: 2:16-cv-02648-JAD-PAL<br><br>**STIPULATION FOR EXTENSION AND CONTINUANCE OF TIME TO HOLD 26(F) CONFERENCE and RELATED DEADLINES**<br><br>[First Request] |

　　　　On July 22, 2016, Plaintiff Courtney Knight filed a complaint in state court commencing this suit. On October 19, 2016, Plaintiff filed her First Amended Complaint of Discrimination, Retaliation, FMLA Violations, and Employment-Related Breach of Contract and Related Tort, against named Defendants Beasley Broadcasting of Nevada, LLC, Beasley Media Group, Inc., and Beasley Broadcasting Group, Inc. (hereinafter collectively referred to "Defendants".)

　　　　All three Defendants were then served with the Complaint and First Amended Complaint. On November 17, 2016, the three served Defendants timely removed the matter to the U.S.

District Court, District of Nevada. ECF Doc. 01. Thereafter, the Court issued a Minute Order setting forth various deadlines in this removed matter. ECF Doc. 03. On November 23, 2016, all three named Defendants filed a joint answer. ECF No. 05.

Pursuant to that Minute Order, the parties are preparing to file their Joint Status Report on or before the Court-ordered deadline of December 21, 2016, and are expecting that eventually this matter will be sent to the Court's ENE program pursuant to LR 16-6. The parties have been discussing the timing and content of the FRCP 26(f) conference (with a current deadline of December 23, 2016) and their Initial Disclosures to follow thereafter, along with the possibility of early disclosures to each other in furtherance of ENE discussions, and are cooperating with each other.

For these reasons, at the initiation of undersigned Plaintiff's counsel below, and due to the FRCP 26(f) deadline being this week, with the upcoming holidays both this week and next, and the unavailability of counsel over this week and for the next two weeks, with Plaintiff's counsel making out of state holiday trip, and having a settlement conference in another matter, the parties are asking for a three week extension of the deadline for the FRCP 26(f) conference under LR 26-1(a).

The parties and their counsel are asking that the Court approve this extension to allow them to conduct the 26(f) conference on the date which is now mutually convenient to all:

| | |
|---|---|
| **Date:** | **January 18, 2017** |
| **Time:** | **10:00 am** |
| **Location:** | **Office of Defendants' counsel, Wilson Elser**<br>**300 So. 4th St., 11th Floor**<br>**Las Vegas, NV 89101** |

The parties also ask that the Court approve a commensurate extension for the deadlines triggered by the holding of the FRCP 26(f) conference, i.e. the deadline for Initial Disclosures and the submission of the Discovery Plan and Scheduling Order to fourteen days thereafter, i.e. an extension for doing until **February 1, 2017.**

/ / / /

/ / / /

This is the first request for the extension of this 26(f) deadline, and it is believed that it will not unduly impede or delay the progress of this case.

Respectfully submitted:

Dated: 12-20-16

ENGLAND LAW OFFICE

By: __/s/_____
Kathleen J. England
610 South Ninth Street
Las Vegas, Nevada 89101-7013
*Attorneys for Plaintiff,*
*COURTNEY KNIGHT*

Dated: 12-20-16

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ___/s/_____
Sheri Thome
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101-6014
*Attorneys for Defendants,*
BEASLEY BROADCASTING OF NEVADA, LLC, BEASLEY MEDIA GROUP, and BEASLEY BROADCASTING GROUP, INC.

**IT IS SO ORDERED.**

Dated: December 28, 2016

_____
PEGGY A. LEEN
United States Magistrate Judge