KATHLEEN J. ENGLAND, NV Bar No. 206
GILBERT & ENGLAND LAW FIRM
610 South Ninth Street
Las Vegas, Nevada 89101
Phone: 702.529.2311
E-mail: kengland@gilbertenglandlaw.com
*Attorneys for Plaintiff Courtney Knight*

Sheri Thome, NV Bar No. 08657
Chad Butterfield, NV Bar No.10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101-6014
Phone: (702) 727-1370
E-mail: sheri.thome@wilsonelser.com
E-mail: chad.butterfield@wilsonelser.com
*Attorneys for Defendants, Beasley Broadcasting of NV, LLC, Beasley Media Group, Inc., Beasley Broadcasting Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY KNIGHT,<br>    Plaintiff,<br><br>v.<br><br>BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina Corporation; BEASLEY MEDIA GROUP, INC., a Delaware Corporation; BEASLEY BROADCASTING GROUP, INC., a Delaware Corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br>    Defendant. | Case No.: 2:16-cv-02648-JAD-PAL<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR ENE STATEMENTS**<br><br>**(FIRST REQUEST)** |

At the initiation of Plaintiff, Plaintiff Courtney Knight ("Plaintiff") and Defendants Beasley Broadcasting of Nevada, LLC, Beasley Media Group, Inc., and Beasley Broadcasting Group, Inc. ("Defendants"), by and through their counsel of record, hereby stipulate to request this Court to extend the deadline for the parties to submit their confidential ENE Statements to Magistrate Judge Foley's chambers by noon on **Wednesday, February 22, 2017**. Pursuant to

the Order Scheduling Early Neutral Evaluation Session (ECF No. 12) and Fed. R. Civ. P. 6(a)(1)(C), the current deadline for this submission is February 21, 2017 (in that the CM/ECF generated deadline is listed as February 20, 2017, a federal holiday.)

The parties respectfully submit that good cause for this extension exists in light of that holiday, and the fact that the parties are continuing to exchange documents and information as promised to each other, as set forth in their proposed "Discovery Plan and Scheduling Order" filed on February 10, 2017 (ECF No. 19), to facilitate the discussions at the ENE on February 27, 2017.

Respectfully submitted,

Dated: February 17, 2017

GILBERT & ENGLAND LAW FIRM

By: /s/
Kathleen J. England
610 South Ninth Street
Las Vegas, Nevada 89101-7013
*Attorneys for Plaintiff,*
*COURTNEY KNIGHT*

Dated: February 17, 2017

WILSON, ELSER, MOSKOWITZ, et al.

By: /s/
Sheri Thome
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101-6014
*Attorneys for Defendants,*
BEASLEY BROADCASTING OF NEVADA, LLC, BEASLEY MEDIA GROUP, and BEASLEY BROADCASTING GROUP, INC.

**IT IS SO ORDERED.**

Dated: 2/21/17

*George Foley Jr.*

United States Magistrate Judge