# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

COURTNEY KNIGHT                                   )
        Plaintiff,                                    )  Case No.  2:16-cv-02648-JAD-PAL
                                                        )
vs.                                               )  **ORDER**
                                                        )
BEASLEY BROADCASTING OF NEVADA, LLC, *et al.*,    )
        Defendants.                                   )

This matter is before the Court on Defendants' Motion for Exception to ENE Conference Requirement (ECF No. 20), filed on February 13, 2017.  Plaintiff filed her Notice of Non-Opposition to Defendant's Motion (ECF No. 22) on February 17, 2017.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Motion for Exception to ENE Conference Requirement (ECF No. 20) is **granted**.

**IT IS FURTHER ORDERED** that Defendants' insurance representative shall appear by telephone.

DATED this 21st day of February, 2016.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge