Sheri Thome, Esq.
Nevada Bar No. 08657
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendants*
  *Beasley Broadcasting of Nevada, LLC,*
  *Beasley Media Group, Inc. and*
  *Beasley Broadcasting Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY KNIGHT,<br><br>Plaintiff,<br><br>v.<br><br>BEASLEY BROADCASTING OF NEVADA, LLC, a North Carolina Corporation; BEASLEY MEDIA GROUP, INC., a Delaware Corporation; BEASLEY BROADCASTING GROUP, INC., a Delaware Corporation; does I THROUGH X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-02648-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 29 |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff COURTNEY KNIGHT, by and through her counsel of record, KATHLEEN J. ENGLAND, ESQ. of the law firm GILBERT & ENGLAND LAW FIRM and Defendants BEASLEY BROADCASTING OF NEVADA, LLC, BEASLEY MEDIA GROUP, INC., and BEASLEY BROADCASTING GROUP, INC., by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, that

///

///

///

pursuant to Fed. R. Civ. P. 41(a), the above-captioned action be dismissed in its entirety with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated this 12th day of April, 2017.            Dated this 10th day of April 2017.

**GILBERT & ENGLAND LAW FIRM**              **WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP**

/s/ Kathleen England                        /s/ Sheri Thome

Kathleen J. England, Esq.                   Sheri Thome, Esq.
Nevada Bar No. 00206                        Nevada Bar No. 08657
610 South Ninth Street                      Chad C. Butterfield, Esq.
Las Vegas, NV 89101                         Nevada Bar No. 10532
*Attorneys for Plaintiff Courtney Knight*   300 South Fourth Street, 11th Floor
                                            Las Vegas, Nevada 89101
                                            *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
5/8/17

Page 2 of 2

1134094v.1